UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

ASSET PROTECTION FINANCIAL, INC.,   :
a Missouri corporation; PROTECTIVE   :     CASE NO. 7:24-cv-05557-KMK
PROPERTY & CASUALTY INSURANCE   :
COMPANY, a Missouri insurance company;   :     [PROPOSED] JUDGMENT
and UNITED STATES WARRANTY   :
CORP., a Florida corporation,   :
   :
       Plaintiffs,   :
   :
      -against-   :
   :
RESPECT AUTO YONKERS LLC dba   :
YONKERS KIA, a New York limited   :
liability company; METROPOLITAN   :
WARRANTY CORP., a New York   :
corporation; and HARRISON GRAY,   :
individually,   :
   :
       Defendants.   :
   :
   X

--------------------------------------------------------

The Court, having reviewed the Parties' Stipulation for Entry of Judgment, and good cause appearing therefore, enters judgment as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1.    Plaintiffs, Asset Protection Financial, Inc., Protective Property & Casualty Insurance Company, and United States Warranty Corp., (collectively "Plaintiffs"), shall have judgment, jointly and severally, against Defendants Respect Auto Yonkers LLC dba Yonkers Kia, and Metropolitan Warranty Corp. (collectively "Entity Defendants") in the amount of **$3,600,000** and in favor of Plaintiffs.

1

2.      The Court shall retain jurisdiction over the enforcement of this judgment pursuant to Fed. R. Civ. P. 69(a).

White Plains, New York
February 26, 2026

Hon. Kenneth M. Karas
United States District Judge

181486814.1